








```
VLS    9/10/01    8:51
3:01-CV-01197   FOOTHILLS CHRISTIAN V. CITY OF EL CAJON
*13*
*M.*
```

ORIGINAL

1  TYLER, DORSA & ELDRIDGE, LLP
   ATTORNEYS AT LAW
2  Robert H. Tyler, State Bar #179572
   41877 Enterprise Circle North, Suite 210
3  Temecula, CA  92590
   (909) 296-0700
4  (909) 296-0578 fax

5  PACIFIC JUSTICE INSTITUTE
   Brad Dacus, State Bar #159690
6  P.O. Box 4366
   Citrus Heights, CA 95611
7  (916) 857-6900
   (916) 857-6902 fax
8
   Attorneys for Plaintiff
9

FILED
01 SEP -7 PM 2:32
[clerk stamp signature] DEPUTY

10                UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12

13 | FOOTHILLS CHRISTIAN MINISTRIES, ) | CASE NO. 01 CV 1197 JM (JAH)
   | INC., A CALIFORNIA NON-PROFIT )   |
14 | CORPORATION, DOING BUSINESS AS )  | PLAINTIFF'S NOTICE OF MOTION AND
   | "FOOTHILLS CHRISTIAN FELLOWSHIP", )| MOTION FOR PRELIMINARY
15 | )                                  | INJUNCTION
   | )                                  |
16 | Plaintiffs, )                      | **FILED CONCURRENTLY WITH**
   | )                                  |
17 | )                                  | MEMORANDUM OF POINTS AND
   | v. )                               | AUTHORITIES
18 | )                                  |
   | )                                  | DECLARATION OF DAVID HOFFMAN IN
19 | CITY OF EL CAJON, A MUNICIPAL )    | SUPPORT OF PLAINTIFF'S MOTION FOR
   | CORPORATION OF THE STATE OF )      | PRELIMINARY INJUNCTION;
20 | CALIFORNIA; CITY OF EL CAJON )     |
   | REDEVELOPMENT AGENCY, A )          | DECLARATION OF JOHN GIBSON IN
21 | MUNICIPAL CORPORATION OF THE )     | SUPPORT OF PLAINTIFF'S MOTION FOR
   | STATE OF CALIFORNIA; RICHARD )     | PRELIMINARY INJUNCTION;
22 | RAMOS; CHARLES SANTOS; TODD )      |
   | KEEGAN; ROBERT MC CLELLAN; AND )   | DECLARATION OF KELLEY B.
23 | MARK LEWIS; and DOES 1-10 inclusive,) | POLEYNARD IN SUPPORT OF
   | )                                  | PRELIMINARY INJUNCTION;
24 | )                                  |
   | Defendants. )                      | NOTICE OF LODGING OF EXHIBITS IN
25 | _____ )  | SUPPORT OF MOTION FOR
                                        | PRELIMINARY INJUNCTION; and
26
                                        | [PROPOSED] ORDER
27

28

-1-

NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION                01 CV 1197

Date: October 15, 2001
Time: 10:30 a.m.
Courtroom: 6

Jeffrey T. Miller, Judge

TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, October 15, 2001, at 10:30 a.m., or as soon thereafter as this matter can be heard in Courtroom 6 of this Court located at 940 Front Street, San Diego, California, Plaintiff, by and through counsel, will and hereby does move this Court for a preliminary injunction enjoining Defendants from enforcing and applying Defendant CITY OF EL CAJON'S (hereinafter called "CITY") zoning ordinance and policy of excluding churches without a Conditional Use Permit (hereinafter called "CUP"), as against Plaintiff and third parties not before the Court, as challenged in Plaintiff's Complaint and the attached Memorandum of Points and Authorities. Plaintiff has sought nominal and compensatory damages, as well as Injunctive and Declaratory Relief.

Plaintiff has suffered, and continues to suffer, irreparable injury to their First and Fourteenth Amendment rights under the U.S. Constitution, and injury to their rights under the Religious Land Use and Institutionalized Persons Act of 2000 (42 U.S.C. 2000cc). Defendants, and each of them, through CITY'S ordinance and policies, have prohibited Plaintiff FOOTHILLS CHRISTIAN MINISTRIES, INC. (hereinafter called "CHURCH") from holding religious services and related services at the property located at 315-389 North Magnolia Avenue, El Cajon, California. Plaintiff alleges that the CITY'S land use regulations, including the CITY'S zoning ordinance and policies, facially violate the First and Fourteenth Amendment of the U.S. Constitution and the Religious Land Use and Institutionalized Persons Act of 2000 (42 U.S. 2000cc). Additionally, Plaintiff alleges that certain land use regulations, as applied to Plaintiff's application for a Conditional Use Permit, is a violation of Plaintiff's First and Fourteenth Amendment rights under the U.S. Constitution, as well as its rights under the Religious Land Use and Institutionalized Persons Act of 2000 (42 U.S. 2000cc).

////
////
////

1  This Motion is based upon this Notice of Motion, the Declarations filed herewith, the
2  Memorandum of Points and Authorities filed herewith, and the records on file submitted to this Court,
3  and on such evidence as may be presented at the hearing of the Motion.

Respectfully submitted,
TYLER, DORSA & ELDRIDGE, LLP
ATTORNEYS AT LAW

Dated: September 6, 2001

By: _____
Robert H. Tyler
Attorneys for Plaintiff

-3-

NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION          01 CV 1197

# PROOF OF SERVICE

CASE NAME: <u>Foothills Christian Ministries v. City of El Cajon, et al.</u>
CASE NO: 01CV 1197 JM (JAH)

I am over the age of 18 and not a party to the within action. My business address is 41877 Enterprise Circle North, Suite 210, Temecula, California 92590.

On the date set forth below, I served the document(s) described as **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action by placing:

[ ] originals [ X ] true copies thereof enclosed in a sealed envelope as follows:

**Morgan L. Foley
McDougal, Love, Eckis, Smith & Boehmer
460 N. Magnolia Ave., Drawer 1466
El Cajon, CA 92022-1466
FAX: (619) 440-4907**

[   ] (BY FACSIMILE TRANSMITTAL) I transmitted the above referenced document(s) by facsimile transmission from (909) 296-0578. A transmission report was properly issued by the transmitting facsimile machine and the transmission was reported as complete and without error to the facsimile number indicated above.

[ X ] (BY MAIL, STATE OR FEDERAL) I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to that practice, the above referenced document(s) were sealed and placed for collection and mailing with this office's First Class, Postage Prepaid mail on this date, at my above address in accordance with ordinary office procedure.

[   ] (BY OVERNIGHT EXPRESS SERVICE) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, a copy of the above referenced documents in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the addressee(s) listed above.

[   ] (BY PERSONAL SERVICE) I delivered such envelope(s) by hand to the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct. Executed at Temecula, California.

*DATE: September 7, 2001*

Kimberly Demps